December 05, 2008

Mr. Roger W. Hughes
Adams & Graham, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429
Mr. Alan Troy Ozuna
Denton, Navarro, Rocha & Bernal, PC
701 E Harison Ave, Suite 100
Harlingen, TX 78550

RE: Case Number: 07-0773
 Court of Appeals Number: 13-03-00338-CV
 Trial Court Number: 2001-05-2467

Style: AUTOZONE, INC.
 v.
 SALVADOR REYES

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Ms. Tracy Kern |
| |Ms. Aurora De La |
| |Garza |